James Richard Dudley (#0091359)
Name

Kansas Department of Corrections
Lansing Correctional Facility

P.O. Box 2, Lansing, KS 66043
Address

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY, Plaintiff
*(Full Name)*

V.

(FNU) WARREN, Defendant(s)

CASE NO. 22-3188-JWL-JPO
*(To be supplied by the Clerk)*

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) James Richard Dudley, is a citizen of Kansas
   *(Plaintiff)* *(State)*

   who presently resides at Kansas Department of Corrections, Lansing Correctional
   *(Mailing address or place Facility, P.O. Box 2, Lansing, KS 66043.
   of confinement.)*

2) Defendant (FNU) WARREN is a citizen of
   *(Name of first defendant)*

   Hutchinson, Kansas, and is employed as
   *(City, State)*

   ?
   _____. At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

   Warren was a part of the SST response officers at HCF who
   responded to the scene. He was in full uniform + utilities.

XE-2 8/82       CIVIL RIGHTS COMPLAINT §1983                               1

3) Defendant _____ is a citizen of
   (Name of second defendant)

   _____, and is employed as
   (City, state)

   _____. At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to
   assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   WARREN responded to the scene and arrived once my fight with another prisoner was over, and he sprayed me in the face with pepper spray for no justifiable reason at all. He just did it because he thinks he can get away with it. He laughed at me in the chow hall when I got out of segregation.

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

   A) (1) Count I: My 8th Amendment Right to be free from cruel & unusual Punishment... (Excessive Force) has been violated.

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

   (See attached grievances and Personal Injury Claims forms that I/Plaintiff filled out.) Also... this is one of those excessive forces cases that it is appropriate to cite a legal authority to avoid extra work for the Court and Plaintiff. (See Hudson v. McMillian, 503 U.S. 1) Also, HCF has strong pepper spray. It's very painful for days. See also Willis, 254 Kan. 119, 864 P.2d 1198, 54/1994. Felix v. McCarthy, 939 F.2d 699, Serna v. Colo. Dept of Corr., 455 F.3d 1146, and the "Despain" (10th Cir.) Case.

   (2) Supporting Facts: _____

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: James R. Dudley

      Defendants: Butler County

   b) Name of court and docket number  U.S. Dist. Ct. Kan., #?

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) dismissed

   d) Issues raised  Prosecutorial Retaliation (vindictiveness).

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983         4

e) Approximate date of filing lawsuit _____?_____

f) Approximate date of disposition _____?_____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_All administrative relief was sought and denied._

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_Compensatory damages, punitive damages to be determined by a Jury in the full jury trial proceedings. I AM requesting a Jury trial by Rights._

_____                    _[signature]_
Signature of Attorney (if any)                         Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                    5

i) Parties to previous lawsuit:
   Plaintiff: James R. Dudley
   Defendant(s): (FNU) Kent
   Name of Court and docket Number: U.S. Dist. Ct. Kan.,
   Case No. ~~~~~~~ 20-3241-SAC.
   Disposition:
   Pending.

   Issues Raised: Excessive force.
   Approximate date of filing suit?: 9.21.2020.
   Approximate date of disposition?: N/A.

ii) Parties to previous lawsuit:
    Plaintiff: James R. Dudley.
    Defendant: (FNU) Simon and Dan Schnurr.
    Name of court and docket Number: U.S. Dist. Ct. Kan.,
    Case No. 21-3127-SAC.
    Disposition:
    Dismissed.

    Issues Raised: Due process violation.
    Approximate date of filing lawsuit: ?
    Approximate date of disposition: 8.16.21

5b

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
IN FORMA PAUPERIS AFFIDAVIT

I do solemnly swear that the claim set forth in this petition is just, and I do further swear that by reason of my poverty I am unable to pay a docket fee.

I, James Richard Dudley II ©, declare under penalty of purjury that the foregoing is true and correct.

Executed on 8-31-2022
(Date)

_____
Signature of Petitioner