IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,

V.

(FNU) WARREN,

      Defendant(s).

Case No. 5:22-CV-03188-JWL-JPO

## NOTICE TO THE COURT

1. Plaintiff is still being Retabated upon by EDCF Officers.
2. On 10/22/2022 Plaintiff's upstairs neighbors power blew the circuit.
3. Plaintiff's upstairs neighbors plug in electric outlets were damaged before he moved in the cell and he made the officers aware of it and a work order was supposedly put in.
4. For 3 days the power was blowing out.
5. On the 3 day Plaintiff requested of officer Traylor if he could go in the maintenance chase and unhook cell 250 power outlet so the other 3 cells connected to the circuit would no longer get blown.
6. Officer Traylor lied and said that is not how it worked and tried to engage Plaintiff in an argueament.
7. Plaintiff ignored officer Traylor's attempts to provoke plaintiff in a verbal altercation and asked for the OIC.
8. The officer in charge (OIC) was officer Hutchins.
9. Officer Hutchins came to Plaintiff's cell door yelling and

1 of 7

screaming at Plaintiff for no reason.

10. Plaintiff tried to explain that all they had to do is unhook 250 cell power outlet circuit and that would solve the issue.

11. Officer Hutchins said that Plaintiff "was not going to get his way" and stomped off.

12. At which point all 8 of us prisoners started yelling and screaming for the Lt. and Cpt. (there are 4 cells on a circuit and we all have cellmates).

13. Officer Hutchins was forced to call the Cpt. and the captain told him to fix the power.

14. Officer Hutchins then came to Plaintiff's cell door once again yelling and screaming and Plaintiff saying to Plaintiff in a hysterical voice, "your getting what you want Dudley stop talking!"

15. Plaintiff was also threatened by officer Hutchins by officer Hutchins telling Plaintiff, "that's all right Dudley, Your going to the shower tomorrow."

16. Plaintiff reported Hutchins behavior and threats to the next shift OIC Grimmet and Grimmet said he would take care of it.

17. Officer Hutchins was moved to a different cellhouse the next day but officer Traylor was left in B-1 with Plaintiff.

18. Early the morning of 10/24/2022 officer Traylor put Plaintiff's and his cellmates toilet paper and milks on the food pass.

2 of 7

19. Plaintiff removed them from the food pass and requested his and his cellmates juice 3 times but officer Traylor closed Plaintiff's food pass and said Plaintiff refused.

20. Plaintiff informed the other officer serving drinks in a very polite voice that he needed his juice.

21. Officer Traylor continued to try and argue with Plaintiff. Plaintiff ignored him and got his juice.

22. Some time later Traylor and Hutchins came to Plaintiff's cell door and said that Plaintiff and his cellmate were on alternate feeding and would be throwing our food on the floor.

23. Plaintiff said "that's just not going to happen."

24. Officer Hutchins and Traylor then told Plaintiff that he was beat on his breakfast.

25. Plaintiff has already filed a notice of retaliation in this case for a similar situation. (see doc. 9)

26. Plaintiff grieved the issue raised in doc. 9 and Unit Team admitted the officers were wrong and told the Plaintiff the only thing he could do was "Not let them get you like that."

27. So Plaintiff is being required to accept officer abuse with no possible redress of grievances and the officers are making it clear to plaintiff by saying to plaintiff "It is a noble cause to protect our own."

28. KDOC officers are not "Nobility" as Nobility does not exist in American.

29. Officer Traylor and Hutchins then were informed by Plaintiff's cellmate that he was a diabetic and was starting to have chest pains.

30. Officer Traylor called a medical but they took over 20 minutes to respond.

31. Officer Traylor and Hutchins and an unknown officer then cuffed up Plaintiff and his cellmate so his cellmate could be evaluated by medical.

32. Plaintiff and his cellmate were polite and compliant with all orders given.

33. Plaintiff's cellmate then came back to the cell and told him that Hutchins terminated the sick call visit "because he turned his head to talk to the nurse."

34. Officer Hutchins then tried to blame Plaintiff for his cellmate not getting his medical attention once he and the other officers placed Plaintiff's cellmate back in the cell.

35. Officer Hutchins also said to Plaintiff that he and his cellmate were not going to get there breakfast unless Plaintiff and his cellmate allowed the officers to throw there food on the floor inside there cell.

36. At which point Plaintiff has had it.

37. Plaintiff was beat (refused) his pain medication at medication

4 of 7

pass on 10/23/2022 (the night before the morning incident.)

38. Plaintiff has now been refused his breakfast once again for nothing more than officer abuse.

39. Plaintiff has once again been beat out his one and only day out a 7 day week of outside yard.

40. KDOC central office in Topeka has ordered that Plaintiff be treated for his chronic anxiety and evaluated and considered for treatment for his ADHD but is still being denied that as well.

41. Plaintiff has suffered this same retaliation at Hutchinson Correctional Facility and Lansing Correctional Facility.

42. Plaintiff is now suffering retaliation by El Dorado Correctional Facility officers as well.

44. The officers and medical and mental health staff keep making excuses for the denial of Plaintiff's pain medication and his treatment and evaluation for his ADHD and chronic anxiety (PTSD) that have nothing to do with plaintiff.

45. KDOC is using Plaintiff's ADHD and anxiety as a means of psychological torture to punish, impede, hinder, thwart and delay his litigation in this case and other cases.

46. KDOC has moved the entire segregation unit 3 times now with Plaintiff so that the same exact prisoners can continue to harass verbally abuse and cause Plaintiff all types of hardships.

5 of 7

47. Again Plaintiff has been removed away from all Vicelords and Bloods and surrounded by rival gangs whose members are gang bangers and torment Plaintiff.

48. Plaintiff again reiterates to this court that he has been kept in Prison virtually his entire life for "petty" disputes with officers.

49. Plaintiff is an anti gangbanger by KDOC is trying desperately to make out Plaintiff as some kind of criminal or terrorist to try and counter his excessive force lawsuit(s) against KDOC officers.

50. KDOC is going to have to kill the plaintiff to stop this litigation and his ADA lawsuit as well.

51. Plaintiff is not going to be robbed of his entire life, his family, his money, his future and his good nature by these hateful police who attack Plaintiff for no other reason but the fact that they "do not like Plaintiff."

52. These police wanted a fight to try and wear down plaintiff and get Plaintiff to give up.

53. Plaintiff is not going to give up and be beat into oppression by these police.

54. Plaintiff is not going to submit to this tyranny.

55. Plaintiff will kill one of these officers or more if that is what it is going to take to expose the severe and devestating abuse at the hands of police officers to the public.

56. All incidents stated in this notice are on video in B-2 and B-1 cellhouse at EDCF.

s/ James R. Dudley (#0091359)
KDOC
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042

7 of 7