IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,

    Plaintiff,

vs.,

    Case No. 5:22-cv-03188

(FNU) WARREN,

    Defendant(s).

## RULE 60 RELIEF FROM A JUDGMENT OR ORDER

1. The Court entered an order granting plaintiff leave to proceed in forma pauperis (Doc.[7]).

2. Plaintiff originally instituted this complaint by his first filing of this very same complaint in Dudley v. Warren, 5:21-cv-03280-SAC (Dudley v. Warren [one]).

3. Plaintiff was granted leave to proceed in forma pauperis and was assessed an initial partial filing fee of $60.00 in which plaintiff did pay and plaintiff is still making payments. See Dudley v. Warren, 1, (Receipt number T9631015656)

4. This court is now requiring plaintiff to pay (2) filing fees for this same complaint, through oversight of course.

5. Plaintiff is not required to pay a second filing fee for the very same civil complaint that was dismissed and then refiled at a later date such as plaintiff's current complaint was/is. See Goodson v. Cortney, 2006 WL 3314537, *1 [D. Kan., Oct. 24, 2006]

## Relief Requested

6. Plaintiff respectfully request of the court to correct this oversight by;

   A) Refunding plaintiff's money paid to this court for filing fee's ~~overcharges~~ related to this case No.
   and/or;

   b) Count the money paid by plaintiff for filing fees in both Dudley v. Warner cases as one filing fee charged to plaintiff Not to exceed $402.00 dollars.

Further plaintiff says not.

s/ James R. Dudley
James R. Dudley Pro se
#0091359
KDOC
EDCF
P.O. Box 311
El Dorado, KS 67042