Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES RICHARD DUDLEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-3188-JWL-JPO |
| ) | |
| (FNU) WARREN ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### MOTION TO FILE UNDER SEAL AND CONVENTIONALLY EXHIBIT 8, TO FILE CONVENTIONALLY EXHIBIT 10 AND TO FILE UNDER SEAL WITH PROTECTIVE ORDER EXHIBIT 11 TO INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V. AARON"

Comes now, Jon D. Graves, Legal Counsel directed to prepare a Martinez Report in the above captioned matter and respectfully moves the Court pursuant to local rule 5.4.6 for permission to file certain exhibits under seal and conventionally to be considered as a part of the Martinez Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.6 counsel must file a motion for leave to file documents under seal or conventionally in the Electronic Filing System.

2. The document sought to be filed under seal and conventionally is Exhibit 8. The document sought to be filed under seal and with protective order Exhibit 11.

3. Exhibit 8 is the plaintiff's medical record from March 1, 2021 to March 30, 2021. Plaintiff will be provided a paper copy of Exhibit 8, but due to the number of redactions necessary to the full record it is not feasible for counsel directed to prepare this Martinez Report to hand redact each page. This justifies sealing the full medical record from viewing by those other than the parties or their attorneys.

4. The other exhibit sought to be filed under seal is Exhibit 11. Exhibit 11 is Internal Management Policy and Procedure 12-111A, which involves use of force policies and cannot be viewed by inmates or by the general public. For security reasons plaintiff cannot view or possess this policy.

5. Exhibit 10 is the security video of the incident on March 8, 2021, which cannot be filed electronically and must be submitted conventionally.

The Court is respectfully requested to allow Legal Counsel to file Exhibit 8 to the Martinez Report under seal, to file Exhibit 11 under seal and to direct that plaintiff will not be allowed to possess or view the use of force policy identified as Exhibit 11, and to file Exhibit 10 conventionally.

Respectfully submitted,

By___/s/ Jon D. Graves_____

Jon D. Graves #10554
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 625-7253
Jon.Graves@ks.gov
**Attorney for Interested Party**

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

James Dudley #91359
El Dorado Correctional Facility
P.O. Box 311
El Dorado, Kansas  67042
    **PLAINTIFF PRO SE**

/s/ Jon D. Graves_____
Jon D. Graves