IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,

    **Plaintiff,**

    v.                                                                                  CASE NO. 22-3188-JWL

(FNU) WARREN,

    **Defendant.**

**ORDER**

Plaintiff, a state prisoner appearing pro se and in forma pauperis, filed this civil rights case under 42 U.S.C. § 1983. Plaintiff is an inmate at the El Dorado Correctional Facility in El Dorado, Kansas. On October 24, 2022, the Court entered a Memorandum and Order (Doc. 10) ordering the Kansas Department of Corrections ("KDOC") to prepare a *Martinez* Report. This matter is before the Court on the KDOC's Motion to File Under Seal and Conventionally Exhibit 8, to File Conventionally Exhibit 10 and to File Under Seal with Protective Order Exhibit 11 to Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 28).

Exhibit 8 consists of Plaintiff's medical records. The KDOC indicates that Plaintiff will be provided a copy of Exhibit 8. Exhibit 11 consists of Internal Management Policy and Procedure 12-111A, which involves use of force policies and cannot be viewed by inmates or by the general public. Exhibit 10 consists of security video of the incident on March 8, 2021, which must be submitted conventionally. The Court grants the motion.

**IT IS THEREFORE ORDERED** that the KDOC's Motion to File Under Seal and Conventionally Exhibit 8, to File Conventionally Exhibit 10 and to File Under Seal with Protective Order Exhibit 11 to Investigative Report Prepared Pursuant to "Martinez v. Aaron"

(Doc. 28) is **granted.** Exhibit 8 shall be filed under seal; Exhibit 10 shall be filed conventionally; and Exhibit 11 shall be filed under seal. Plaintiff will not be allowed to possess or view Exhibit 11.

      **IT IS SO ORDERED**.

      **Dated January 24, 2023, in Kansas City, Kansas.**

                                      **S/ John W. Lungstrum**
                                      **JOHN W. LUNGSTRUM**
                                      **UNITED STATES DISTRICT JUDGE**