IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

JAMES RICHARD DUDLEY,
      Plaintiff,

v.

(FNU) WARREN

Case No. 5:22-cv-03188-JWL

NOTICE TO COURT

COMES NOW the Plaintiff, James Richard Dudley pro se and hereby provides Notice to the Court out of caution of the following facts:

1) Plaintiff has not received any orders from the Court since the filing of his Response to Martinez Report (Doc. 34).

s/ James R. Dudley
James R. Dudley (Pro Se)
#0091359
KDOC
EDCF
P.O. Box 311
El Dorado, KS 67042